STATE OF NEW JERSEY v. JAY MIZRAHI.

November 22, 1977. Petition for certification denied. (See 149 *N. J. Super.* 143)

MICHAEL J. PELOSI v. STATE OF NEW JERSEY, BD. OF TRUSTEES POLICE & FIREMEN'S RETIREMENT SYSTEM.

November 22, 1977. Petition for certification denied.

HENRY J. DAALEMAN v. ELIZABETHTOWN GAS COMPANY.

November 22, 1977. Cross-petition for certification granted. (See 150 *N. J. Super.* 78)

VORNADO, INCORPORATED v.
TOWNSHIP OF WOODBRIDGE.

November 22, 1977. Motion to dismiss appeal is granted. (See 144 *N. J. Super.* 463)

LEONARD O'NEAL v. NEW JERSEY STATE PAROLE BOARD.

November 22, 1977. Motion to dismiss appeal is granted. (See 149 *N. J. Super.* 174)